THE PEOPLE OF THE STATE OF NEW YORK v. S. REID SPENCER.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. WARREN SNIFFEN.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

MORRIS SPITZ v. M. BROOKS & SON and Another.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

MAUDE LIZOTTE NELSON v. JOSEPH LA ROSA.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

HARRY LEVY v. VESTA STORAGE BATTERY CO. (INC.) — Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

HORACE HOLDING CO., INC., v. RALPH V. BLAKE.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ELECTRIC FLOOR SURFACER CO., INC., v. WALTER A. HALL.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

NAT NAZARRO v. HERMAN TIMBERG, Impleaded, etc.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

CHARLES L. CRAIG, as Comptroller of the City of New York, v. THE COMMISSIONERS OF THE SINKING FUND OF THE CITY OF NEW YORK, etc., and Another. — Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

GEORGE WITZMANN v. FIRST NATIONAL BANK OF FORT LEE, NEW JERSEY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

WILLIAM A. CAMP and Another v. DAVID HORN and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

MADELINE S. STERN v. THE EQUITABLE TRUST COMPANY OF NEW YORK, as Executor, etc.— Motion for leave to appeal to the Court of Appeals granted; motion for reargument denied. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of JULIA WATT LAWRENCE, from Trust Created by Last Will and Testament of MARY G. PINKNEY, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.